# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

**HENRY STANLEY,**                                      Case No.   **1:12-CV-482**

    Plaintiff,

                                           **Judge Timothy S. Black**

**-vs-**

**COLLEEN F. ARNOLD,** *et al.***,**

    Defendants.

_____

## JUDGMENT IN A CIVIL CASE
_____

    **[ ]**   **Jury Verdict:** This action came before the Court for a trial by jury.  The issues have been tried and the Jury has rendered its verdict.

    **[X]**   **Decision by Court:** This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered,

    **IT IS ORDERED AND ADJUDGED** that the Defendant's Motion to Dismiss (Doc. 7) is **GRANTED**; and the case is **CLOSED** from the docket of the Court.

Date: October 23, 2012                                      **JOHN P. HEHMAN, CLERK**

                                                                          By: *s/ M. Rogers*
                                                                          Deputy Clerk