UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| HENRY STANLEY, | ) | Case No. 1:12-cv-482 |
| Plaintiff | ) ) | Judge Timothy S. Black |
| v. | ) ) | |
| COLLEEN F. ARNOLD, et al. | ) ) | **NOTICE OF APPEAL** |
| Defendants | ) ) ) | |

_____

Notice is hereby given that Plaintiff Henry Stanley hereby appeals to the United States Court of Appeals for the Sixth Circuit from the Order Granting Defendants' Motion to Dismiss (Doc. 21) entered in this action on October 23, 2012.

Respectfully submitted this 20th day of November, 2012.

                                              s/Jeffrey S. Goldenberg
                                              Jeffrey S. Goldenberg, Esq.(Ohio Bar No. 0063771)
                                              Goldenberg Schneider, LPA
                                              One West Fourth Street, 18th Floor
                                              Cincinnati, OH 45202
                                              (513) 345-8291

                                              **Attorney for Plaintiff**

CERTIFICATE OF SERVICE

I hereby certify that on November 20, 2012, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

- **Brian Scott Cohen**
  brian@cohenlg.com

- **Marjorie P Duffy**
  mpduffy@jonesday.com

- **Corey A Goldsand**
  corey.goldsand@cardinalhealth.com

- **Christian A Jenkins**
  cjenkins@minnillojenkins.com

- **J Todd Kennard**
  jtkennard@jonesday.com,jssensenbrenner@jonesday.com

- **John M Newman , Jr**
  jmnewman@jonesday.com,nmadamczyk@jonesday.com,pgarver@jonesday.com

- **Geoffrey J. Ritts**
  gjritts@jonesday.com

- **Niroshan M Wijesooriya**
  nirow1@yahoo.com,telmenthaler@minnillojenkins.com,niro@minnillojenkins.com

    s/ Jeffrey S. Goldenberg
Jeffrey S. Goldenberg (0063771)