## UNITED STATES COURT OF APPEALS
### FOR THE SIXTH CIRCUIT

Deborah S. Hunt
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: September 10, 2013

John P. Hehman
Southern District of Ohio at Cincinnati
100 E. Fifth Street
Suite 103 Potter Stewart U.S. Courthouse
Cincinnati, OH 45202-0000

Re: Case No. 12-4444, *Henry Stanley, Jr. v. Colleen Arnold, et al*
Originating Case No. : 1:12-cv-00482

Dear Clerk,

Enclosed is a copy of the mandate filed in this case.

Sincerely yours,

s/Bryant L. Crutcher
Case Manager
Direct Dial No. 513-564-7013

cc: Ms. Marjorie P. Duffy
Mr. Jeffrey S. Goldenberg
Mr. Corey Adam Goldsand
Mr. James T. Kennard
Mr. Todd B. Naylor
Mr. John M. Newman Jr.
Mr. Marc A. Rigrodsky
Mr. Seth D. Rigrodsky
Mr. Geoffrey John Ritts
Ms. Gina M. Serra

Enclosure

## UNITED STATES COURT OF APPEALS
### FOR THE SIXTH CIRCUIT

No: 12-4444

Filed: September 10, 2013

HENRY STANLEY, JR.

      Plaintiff - Appellant

v.

COLLEEN F. ARNOLD; GEORGE S. BARRETT; GLENN
A. BRITT; CARRIE S. COX; CALVIN DARDEN; BRUCE L.
DOWNEY; JOHN F. FINN; DAVID P. KING; RICHARD C.
NOTEBAERT; DAVID W. RAISBECK; JEAN G. SPAULDING;
DAVE BING; R. KERRY CLARK; GEORGE H. CONRADES;
PHILIP L. FRANCIS; JOHN F. HAVENS; J. MICHAEL LOSH;
JOHN B. MCCOY; MICHAEL O'HALLERAN; MATTHEW D.
WALTER; ROBERT D. WALTER; CARDINAL HEALTH, INC.;
GREGORY B. KENNY

      Defendants - Appellees.

### MANDATE

Pursuant to the court's disposition that was filed 08/14/2013 the mandate for this case hereby

issues today.

COSTS: None